IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TRAVIS MOLLIVER,          : | |
|     Plaintiff                              : | |
|   v.                                              : | Case No. 3:22-cv-146-KAP |
| ABBIE TATE, WARDEN, BLAIR      : | |
| COUNTY PRISON, *et al.*,          : | |
|     Defendants                        : | |

<u>Memorandum Order</u>

    Plaintiff Molliver's motion for summary judgment, ECF no. 52 is denied without need of a reply because it is untimely. His pretrial statement is still due December 31, 2023.

DATE: November 30, 2023

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

John T Molliver QN-7837
S.C.I. Pine Grove
189 Fyock Road
Indiana, PA 15701