IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TRAVIS MOLLIVER,  :  |  |
|     Plaintiff  : |  |
|     v.  : | Case No. 3:22-cv-146-KAP |
| ABBIE TATE, WARDEN, BLAIR  : |  |
| COUNTY PRISON, *et al.*,  : |  |
|     Defendants  : |  |

<u>Memorandum Order</u>

    Pretrial statements have been filed, and I have a window of opportunity to try this case this Spring. After the summary judgment stage, I wrote that I would schedule a pretrial conference when plaintiff was paroled as expected in January 2024, and that plaintiff should promptly notify the Clerk of his new address. According to defense counsel, plaintiff was paroled in February 2024, but plaintiff has not notified the Clerk of any change in address in this or in his other pending case.

    A pretrial conference is scheduled for March 7, 2024, at 2:00 p.m., in Courtroom A. I plan to schedule this matter for trial in April 2024. If plaintiff contacts the Clerk or defense counsel, they shall provide him with a copy of this order and/or advise him of the time of the pretrial conference. If plaintiff has not provided a change of address or contacted anyone by then, this matter may be dismissed for failure to prosecute.

DATE: February 26, 2024

                                            Keith A. Pesto,
                                            United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

John T Molliver QN-7837
S.C.I. Pine Grove
189 Fyock Road
Indiana, PA 15701